# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT CHARLES CANTU,** § | |
| **# 556265,** § | |
| § | |
| **Plaintiff,** § | |
| § | **SA-23-CA-0375-FB** |
| v. § | |
| § | |
| **HOMER OLVEDA,** § | |
| § | |
| **Defendant.** § | |
| § | |

## ORDER OF DISMISSAL

Before the Court is the 42 U.S.C. § 1983 civil rights complaint ("Section 1983 Complaint") filed by Plaintiff Robert Charles Cantu ("Plaintiff" or "Cantu"), who is proceeding *pro se*. Cantu requested and was granted leave to proceed in forma pauperis (ECF Nos. 2, 4). On April 10, 2023, Plaintiff was ordered to show cause within thirty days why his Complaint (ECF No. 1) should not be dismissed pursuant to §§ 1915(e)(2)(B)(i)(ii) and 1915A(b)(1), for failure to state a non- frivolous claim, by filing an amended complaint that cured the deficiencies noted in the Court's Order. (ECF No. 4). To date, Plaintiff has not responded.

This Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss a case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Cantu failed to comply with the Court's Order, his case is dismissed.

**IT IS THEREFORE ORDERED** that Cantu's Section 1983 claims against Defendant, Homer Olveda, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 23rd day of May, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

2