# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT CHARLES CANTU,** § <br> **# 556265,** § <br> § <br> Plaintiff, § <br> § **SA-23-CA-0375-FB** <br> v. § <br> § <br> **HOMER OLVEDA,** § <br> § <br> Defendant. § <br> § | |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Robert Charles Cantu's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Cantu's Section 1983 claims against Defendant, Homer Olveda, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 23rd day of May, 2023.

FRED BIERY
UNITED STATES DISTRICT JUDGE